No. 95–6412. OGLESBY v. GREEN ET AL. C. A. 11th Cir. Certiorari denied. 

No. 95–6422. SPIEGELMAN v. UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 95–6429. SLAGLE v. OHIO. Sup. Ct. Ohio. Certiorari denied. 

No. 95–6432. PUDDER v. FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 95–6434. NELSON v. COTTON. C. A. 6th Cir. Certiorari denied.

No. 95–6440. COKER ET AL. v. REDICK ET AL. Ct. App. Tenn. Certiorari denied.

No. 95–6441. GONZALES v. ARIZONA. Sup. Ct. Ariz. Certiorari denied. 

No. 95–6443. FUENTES v. SHANKS, WARDEN. C. A. 10th Cir. Certiorari denied. 

No. 95–6444. HAY v. GROOSE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.

No. 95–6447. GREANY v. BARKLEY, SUPERINTENDENT, RIVERVIEW CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 95–6450. DOLPHIN v. STARKMAN. C. A. 7th Cir. Certiorari denied. 

No. 95–6451. BEDSON v. HENDRICKSON, DEPUTY SHERIFF, PASCO COUNTY, FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied. 

No. 95–6453. CRILL v. CAPAUL ET AL. C. A. 9th Cir. Certiorari denied. 

No. 95–6455. RODRIGUEZ v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.